IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHN LONG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:15-CV-049-WKW |
| | ) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Before the court is the Parties' Joint Stipulation of Dismissal (Doc. # 11), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Based upon the Notice, it is ORDERED that the order of referral (Doc. # 4) is VACATED. Because this action has been dismissed with prejudice by operation of Rule 41(a)(1)(A)(ii) pursuant to the terms of the stipulation, the Clerk of the Court is DIRECTED to close this case.

DONE this 12th day of May, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE